IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Yukia Grier, | ) | C/A: 0:16-cv-1996-JFA |
| | ) | |
| Plaintiff, | ) | ORDER SETTING |
| | ) | PRETRIAL CONFERENCE |
| v. | ) | |
| | ) | |
| Life Insurance Company of | ) | |
| North America, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In this recently filed action, the Court wishes to conduct a conference with the attorneys of record pursuant to Rule 16 of the Federal Rules of Civil Procedure. The Court will conduct the Rule 16 conference in Chambers on Wednesday, July 20, 2016 at 10:30 a.m. in the Matthew J. Perry, Jr. Federal Courthouse, 901 Richland Street, Columbia, South Carolina.

Matters to be taken up at the conference will include all those items identified in Rule 16(a) and (c).

The attorneys of record shall themselves conduct a conference pursuant to Rule 26(f) no later than 14 days prior to the Rule 16 conference and shall attend the Rule 16 conference prepared to provide the Court with an <u>oral</u> Rule 26(f) report that will assist the Court in formulating a scheduling order.[1]

---

[1] It should be noted that this Court's practice of meeting with the attorneys <u>in person</u> and receiving an <u>oral</u> Rule 26(f) report may not be consistent with the practice of other judges in this district. Because of the procedures outlined in this order, there is no need for the parties to file a written Rule

At the conclusion of the conference, the Court will announce certain deadlines to be met for the duration of this case and a written scheduling order will be entered.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

July 7, 2016  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

---

26(f) report, as required by other judges in the district.